USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 

# *UNITED STATES DISTRICT COURT*

FOR THE

SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA,** :

v. : 08 Cr. 294

**DENNIS PILOTTI,** :

Defendant. : Judge Robinson

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DENNIS PILOTTI,** the above-named defendant, who is accused of violating Title 26, United States Code, Section 7201 and Title 18, United States Code, Section 1014, having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Defendant.

Joseph R Pelletti
Counsel for Defendant.

Date: White Plains, New York
April 4, 2008