UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

_(illegible defendant name)_

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE:

8 Cr. 294
Docket Number & Judge

**NOTICE OF APPEARANCE**

TO:   J. MICHAEL MCMAHON, CLERK

SIR:  YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. ( ) CJA        2. (✓) RETAINED        3. ( ) PUBLIC DEFENDER

ADMITTED TO PRACTICE IN THIS COURT  ( ) NO  (✓) YES,

ADMISSION MO. ___ YR _1997_

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _New York_ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: WHITE PLAINS, NEW YORK

4-4-08

SIGNATURE _Joseph R. DiMatteo_
Joseph R. DiMatteo
Attorney for Defendant

Benfield DiMatteo & Benfield, LLP
Firm name, if any

600 Third Ave, 15th Floor
Street address

NY, N.Y.  10016
City        State       Zip code

212-661-1661
Telephone Number